UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KRISTA PECOR
On behalf of herself and a class
of employees and/or former employees
similar situated,

Case No.: 16-CV-1263

    Plaintiff,

vs.

NORTH POINT EDC, INC.,
d/b/a NORTH POINT EXOTIC DANCE CLUB,
DAVID NICHOLS, and
BILLIE JO RANSOM,

    Defendants.

## NOTICE OF MOTION AND MOTION FOR CONDITIONAL CLASS CERTIFICATION AND JUDICIAL NOTICE

**PLEASE TAKE NOTICE THAT** the above named Plaintiffs individually on behalf of others similarly situated, by and through their attorneys, move the Court for an Order granting Plaintiffs' Motion for Conditional Class Certification and Judicial Notice.

Dated this 8 day of March, 2017.

                                                  MOEN SHEEHAN MEYER, LTD.

                                                _/s/ Justin W. Peterson_
                                                Justin W. Peterson (SBN 1087366)
                                                Nathan P. Skemp (SBN 199445)
                                                Attorney for Plaintiff
                                                201 Main Street, Suite 700
                                                La Crosse, WI 54601
                                                (608) 784-8310
                                                jpeterson@msm-law.com