

# Eric M. Bernstein & Associates, L.L.C.

34 MOUNTAIN BLVD., BUILDING A
P.O. BOX 4922
WARREN, NEW JERSEY 07059

ATTORNEYS AT LAW

(732) 805-3360
FACSIMILE (732) 805-3346
www.embalaw.com

March 5, 2018

Hon William C. Griesbach, C.J., U.S.D.J.
Chambers 203
United States District Court
125 S. Jefferson Street
Green Bay, Wisconsin 54301
**By Electronic ECF Filing Only**

Re: **Krista Pecor v. North Point EDC Inc. et. al.**
**Eastern District of Wisconsin Case No. 16-CV-1263**
**Our File No. 2167-001**

Dear Judge Griesbach:

As you know, this Law Firm represents the Defendants David Nichols, Billie Jo Ransom and North Point EDC in the above captioned matter. In accordance with my telephone discussion with Your Chambers today, Monday, March 05, 2018, this will advise that the parties have reached a tentive settlement of this matter, subject to preparation and execution of appropriate settlement documents.

The parties anticipate completing and executing the settlement documents on or before April 1, 2018.

Thank you for your attention to this matter.

Very truly yours,
Eric M. Bernstein & Associates, L.L.C.

By: *Philip G. George*

Philip G. George, Esquire
NJ Bar ID #015061982
Of Counsel to the Law Firm

PG/pg
CC: by email only, personal & confidential
Justin Peterson, Esquire
Mr. David Nichols
Ms. Billie Jo Ransome