# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KRISTA PECOR, on behalf of herself and a class of employees and/or former employees similarly situated, | : |
| | : CIVIL ACTION |
| *Plaintiff,* | : NO.1:16-CV-01263 WCG |
| -VS- | : |
| NORTH POINT EDC, INC., *d/b/a* NORTH POINT EXOTIC DANCE CLUB, DAVID NICHOLS and BILLIE JO RANSOM, | : |
| *Defendants.* | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT BILL OF COSTS.

THIS MATTER having been amicably adjusted, it is hereby stipulated and agreed by and between the attorneys for all parties that the Complaint in the above-titled matter be hereby dismissed with prejudice and without costs. Further, it is hereby stipulated and agreed by and between all the attorneys for all parties that any and all existing cross-claims or counterclaims are hereby dismissed with prejudice and without costs.

Dated: May 30, 2018

Justin W. Peterson, Esquire
Moen, Sheehan Meyer, LTD
201 Main Street, Suite 700
La Crosse, WI 54601
(608) 784-8310 (phone)
(608) 782-6611 (fax)
jpeterson@msm-law.com
Attorneys for Plaintiffs

Dated: May 30, 2018

Philip G. George, Esquire
NJ Bar ID # 015061982
Eric M. Bernstein & Associates, L.L.C.
34 Mountain Boulevard, Building A
Warren, New Jersey 07059
(732) 805-3360 (phone)
(732) 805-3346 (fax)
pgeorge@embalaw.com
Attorneys for Defendants